CHARLES M. HIBBARD, Respondent, *v.* THE COMMERCIAL ALLI-
ANCE LIFE INSURANCE CO. of New York, Appellant.

APPEAL from a judgment entered upon the report of a referee.

*George Wilcox*, for appellant.

*Lucius McAdam*, for respondent.

*Per Curiam.* From a careful examination of the testi-
mony taken in this case, as it appears in the appeal book
before us, we are of the opinion that the findings of fact made
by the learned referee, upon which the judgment is based, are
fully supported by competent and sufficient evidence. We
see no reason for disturbing these findings.

The exceptions to the admission and exclusion of evidence
are without merit.

The decision proceeds upon correct rules of law applicable
to the case.

The judgment appealed from is right and should be affirmed,
with costs to the plaintiff.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Judgment affirmed, with costs.

---

JOHN M. SCHMIDT, Respondent, *v.* THE MANHATTAN RAILWAY
CO., Appellant.

APPEAL from judgment entered upon the decision of a
judge at the equity term.

*Davies, Short & Townsend*, for appellant.

*W. W. Badger*, for respondent.

*Per Curiam.* The judgment in this case (concerning
premises No. 1026 Second avenue) should be affirmed, with
costs.

Present: FREEDMAN and MCADAM, JJ.
Judgment affirmed, with costs.